**DISMISS and Opinion Filed July 24, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00574-CV

**MPT OF HIGHLAND VILLAGE FCER, LLC, MPT OF LITTLE ELM FCER, LLC AND MEDICAL PROPERTIES TRUST, INC., Appellants**

**V.**

**ER OF TEXAS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-03218**

## MEMORANDUM OPINION

Before Justices Molberg, Miskel, and Breedlove
Opinion by Justice Miskel

Before the Court is appellants' July 18, 2024 agreed motion to dismiss this appeal. In the motion, appellants inform the Court they have resolved its differences with appellee and request that we dismiss the appeal. We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Emily Miskel/
EMILY MISKEL
240574F.P05                                        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MPT OF HIGHLAND VILLAGE
FCER, LLC, MPT OF LITTLE ELM
FCER, LLC AND MEDICAL
PROPERTIES TRUST, INC.,
Appellants

No. 05-24-00574-CV        V.

ER OF TEXAS, LLC, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-24-03218.
Opinion delivered by Justice Miskel.
Justices Molberg and Breedlove
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered July 24, 2024